■ In the Matter of TIERRA C. and Others. KENNETH W., Appellant; ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. [643 NYS2d 822] —Motion for permission to proceed as a poor person and for assignment of counsel on appeal granted. Memorandum: Family Court abused its discretion in entering an order upon default after soliciting and authorizing a motion for withdrawal of counsel without any notice to appellant. An attorney may only withdraw as counsel of record upon a show-

ing of good and sufficient cause and upon reasonable notice (*see*, CPLR 321 [b] [2]; *Matter of Dunn*, 205 NY 398, 403). A purported withdrawal without proof that reasonable notice was given is ineffective (*see*, *LeMin v Central Suffolk Hosp.*, 169 AD2d 821; *Bucaro v Keegan, Keegan, Hecker & Tully*, 126 Misc 2d 590). Because the purported withdrawal of counsel in this case was ineffective, the order entered by Family Court was improperly entered as a default order and appeal therefrom is not precluded (*see*, *Matter of Kwasi S.*, 221 AD2d 1029). Present—Pine, J. P., Lawton, Wesley, Doerr and Balio, JJ.